AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*            DISTRICT OF   NEVADA

JULIA FRENCH,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:07-cv-00603-BES-RAM**

STATE OF NEVADA, et al.,

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Objection to Magistrate Judge's Recommendation and Findings (#19) is DENIED. This action is DISMISSED without prejudice.


  October 6, 2008                                  **LANCE S. WILSON**
                                                      Clerk


                                                   /s/ P. McDonald
                                                   Deputy Clerk